UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:11-cv-80519

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and JOE HOUSTON,
Individually,

      Plaintiffs,

v. BROCK DEVELOPMENT CORP., a
Florida Profit corporation, d/b/a CROSSTOWN
PLAZA, and CROSSTOWN PLAZA
ASSOCIATES, a Florida General Partnership,

      Defendants.
_____/

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal, Without Prejudice (DE 15) filed herein on November 20, 2011. This Court has reviewed the matter and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that all claims filed against Defendant Brock Development Corp. ("Brock") are hereby DISMISSED WITHOUT PREJUDICE. Defendant Brock's Motion to Dismiss Amended Complaint (DE 14) is DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21 day of November, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record