UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and JOE HOUSTON,
Individually,

        Plaintiffs,

v.                                                                            Case No: 9:11-cv-80519

BROCK DEVELOPMENT CORP., a
Florida Profit corporation, d/b/a CROSSTOWN
PLAZA, and CROSSTOWN PLAZA
ASSOCIATES, a Florida General Partnership,

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO CROSSTOWN PLAZA ASSOCIATES, PURSUANT TO RULE 41(a)(1)(A)(i).**

Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), *Fed, R.Civ.P.*, hereby take a voluntary dismissal, without prejudice, as to the sole remaining Defendant, Crosstown Plaza Associates, a Florida General Partnership.

        /s/ *Philip Michael Cullen, III,*
        Fla. Bar No: 167853
        **Thomas B. Bacon, P.A.**
        621 South Federal Highway, Suite Four
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-0600
        Facsimile: (954) 462-1717
        cullen@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/Philip Michael Cullen, III, Esq.*

## SERVICE LIST

Joseph R. Fields, Jr., Esq.
Labovick Law Group
5220 Hood Road, Ste 200
Palm Beach Gardens, Florida 33418