UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:11-cv-80519

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and JOE HOUSTON,
Individually,

      Plaintiffs,

v. CROSSTOWN PLAZA ASSOCIATES,
a Florida General Partnership,

      Defendant.
_____/

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal (DE 24) filed herein on January 2, 2012. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a). Defendant has served neither motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Notice of Voluntary Dismissal (DE 24) is **ACCEPTED** and Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**. All pending motions are DENIED AS MOOT.[1] The Clerk shall CLOSE THIS CASE.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __3__ day of January, 2012.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

---

[1] Specifically DE 23.